## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

John M Ulrich

                Plaintiff,

v.                                         Case No.: 1:16–cv–10488

                                                Honorable Jorge L. Alonso

Probalance, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: A joint stipulation of dismissal has been filed. Plaintiff's individual claims are dismissed with prejudice and the claims of the class allegations are dismissed without prejudice. Status hearing previously set for 3/1/18 is stricken. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.